ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  marc.abrams@doj.state.or.us
      Additional attorneys listed on signature page

Attorneys for Plaintiffs State of Oregon, Kate Brown, and Ellen Rosenblum

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE STATE OF OREGON, KATE BROWN, Governor; ELLEN ROSENBLUM, Attorney General; and THE CITY OF PORTLAND,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United State, in his official capacity; MATTHEW G. WHITAKER, Acting Attorney General of the United States, in his official capacity; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.  6:18-cv-01959-MC<br><br>CORRECTED PROOF OF SERVICE |

Page 1 -   CORRECTED PROOF OF SERVICE
    MA/crr/9324428-v1

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947 -4791

Proof of Service regarding Matthew G. Whitaker included on the following page as Attachment 1.

DATED December  7 , 2018.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

    *s/ Marc Abrams*
MARC ABRAMS #890149
Assistant Attorney-in-Charge
TIMOTHY SMITH  #914374
Senior Assistant Attorney General
PEENESH SHAH  #112131
Assistant Attorney General
JUSTIN KIDD  #094070
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Marc.Abrams@doj.state.or.us
Tim.Smith@doj.state.or.us
Peenesh.H.Shah@doj.state.or.us
Justin.Kidd@doj.state.or.us
    Of Attorneys for Plaintiffs State of Oregon,
    Kate Brown and Ellen Rosenblum

Page 2 -    CORRECTED PROOF OF SERVICE
      MA/crr/9324428-v1

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947 -4791

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew G. Whitaker, Acting U.S. Attorney General
was received by me on *(date)* 11/14/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the summons by U.S. Certified Mail on 11/14/2018 pursuant to Fed. R. Civ. P. 4(i), and received proof of receipt on 11/23/2018.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  11/30/2018

*s/ Samantha Moon*
*Server's signature*

Samantha Moon, Lead Legal Secretary
*Printed name and title*

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
*Server's address*

Additional information regarding attempted service, etc: