ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  marc.abrams@doj.state.or.us
     Additional attorneys listed on signature page

Attorneys for Plaintiffs State of Oregon, Kate Brown, and Ellen Rosenblum

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| THE STATE OF OREGON, KATE BROWN, Governor; ELLEN ROSENBLUM, Attorney General; and THE CITY OF PORTLAND, | Case No.  6:18-cv-01959-MC |
| Plaintiffs, | CORRECTED PROOF OF SERVICE |
| v. | |
| DONALD J. TRUMP, President of the United State, in his official capacity; MATTHEW G. WHITAKER, Acting Attorney General of the United States, in his official capacity; and the UNITED STATES OF AMERICA, | |
| Defendants. | |

Page 1 -   CORRECTED PROOF OF SERVICE
MA/crr/9325465-v1

Proof of Service regarding the United States of America included on the following page as Attachment 1.

DATED December _7_, 2018.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


_s/ Marc Abrams_
MARC ABRAMS #890149
Assistant Attorney-in-Charge
TIMOTHY SMITH #914374
Senior Assistant Attorney General
PEENESH SHAH #112131
Assistant Attorney General
JUSTIN KIDD #094070
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Marc.Abrams@doj.state.or.us
Tim.Smith@doj.state.or.us
Peenesh.H.Shah@doj.state.or.us
Justin.Kidd@doj.state.or.us
    Of Attorneys for Plaintiffs State of Oregon,
    Kate Brown and Ellen Rosenblum

Page 2 -    CORRECTED PROOF OF SERVICE
MA/crr/9325465-v1

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947 -4791

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    United States of America

was received by me on *(date)*    11/14/2018    .

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    I served the summons by U.S. Certified Mail on 11/14/2018 pursuant to Fed. R. Civ. P. 4(i),
and received proof of receipt on 11/23/2018.

My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    11/30/2018

*s/ Samantha Moon*
_____
*Server's signature*

Samantha Moon, Lead Legal Secretary
_____
*Printed name and title*

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
_____
*Server's address*

Additional information regarding attempted service, etc: