ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS #890149
Assistant Attorney-in-Charge
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: marc.abrams@doj.state.or.us
Additional attorneys listed on signature page

Attorneys for Plaintiffs State of Oregon, Kate Brown, and Ellen Rosenblum

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

THE STATE OF OREGON, KATE BROWN, Governor; ELLEN ROSENBLUM, Attorney General; and THE CITY OF PORTLAND,

Plaintiffs,

v.

DONALD J. TRUMP, President of the United State, in his official capacity; MATTHEW G. WHITAKER, Acting Attorney General of the United States, in his official capacity; and the UNITED STATES OF AMERICA,

Defendants.

Case No. 6:18-cv-01959-MC

**NOTICE OF ASSOCIATION OF COUNSEL**

**NOTICE OF ASSOCIATION OF COUNSEL**

Plaintiffs State of Oregon, Kate Brown and Ellen Rosenblum hereby gives notice that Justin Emerson Kidd, Assistant Attorney General, is now an additional counsel of record in this

proceeding.  Marc Abrams, Assistant Attorney-in-Charge, continues as lead counsel.

The address for the receipt of all correspondence and pleadings remains the same.

DATED December 26, 2018.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


        *s/ Marc Abrams*
        MARC ABRAMS #890149
        Assistant Attorney-in-Charge
        TIMOTHY SMITH  #914374
        Senior Assistant Attorney General
        PEENESH SHAH  #112131
        Assistant Attorney General
        JUSTIN KIDD  #094070
        Assistant Attorney General
        Trial Attorneys
        Tel (503) 947-4700
        Fax (503) 947-4791
        Marc.Abrams@doj.state.or.us
        Tim.Smith@doj.state.or.us
        Peenesh.H.Shah@doj.state.or.us
        Justin.Kidd@doj.state.or.us
            Of Attorneys for Plaintiffs State of Oregon,
            Kate Brown and Ellen Rosenblum

Page 2 -   **NOTICE OF ASSOCIATION OF COUNSEL**
    MA/crr/9326961-v1

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947 -4791

## CERTIFICATE OF SERVICE

I certify that on December __26__, 2018, I served the foregoing NOTICE OF ASSOCIATION OF COUNSEL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Donald J. Trump, in his official capacity as<br>President of the United States<br>The White House<br>1600 Pennsylvania Avenue NW<br>Washington, D.C. 20500 | ___ HAND DELIVERY<br>_X__ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |
| Matthew G. Whitaker, in his official capacity as<br>Acting Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 | ___ HAND DELIVERY<br>_X__ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |
| The United States of America<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | ___ HAND DELIVERY<br>_X__ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

*s/ Marc Abrams*

MARC ABRAMS #890149
Assistant Attorney-in-Charge
TIMOTHY SMITH #914374
Senior Assistant Attorney General
PEENESH SHAH #112131
Assistant Attorney General
JUSTIN KIDD #094070
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Marc.Abrams@doj.state.or.us
Tim.Smith@doj.state.or.us
Peenesh.H.Shah@doj.state.or.us
Justin.Kidd@doj.state.or.us
Of Attorneys for Plaintiffs State of Oregon, Kate Brown and Ellen Rosenblum