W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:     (202) 514-3495
Facsimile:      (217) 492-4888
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE STATE OF OREGON, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>           Defendants. | Case No. 6:18-cv-01959-MC<br><br>**DEFENDANTS'** ***UNOPPOSED*** **MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS** |

      The defendants hereby respectfully move for a stay of proceedings in the above-captioned action.

      1.  Plaintiffs' counsel have authorized counsel for the defendants to state that the plaintiffs have no objection to this motion.

      2.  At the end of the day on December 21, 2018, the appropriations act that had been funding the U.S. Department of Justice expired and appropriations to the Department lapsed.  The same is true for several other Executive agencies.  The Department does not know when funding will be restored by Congress.

      3.  Absent an appropriation, Department of Justice attorneys and other employees are prohibited from working, even on a voluntary basis, except in very limited

Page 1 - Defs' Motion to Stay Proceedings

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

    4. Undersigned counsel for the Department of Justice therefore requests a stay of proceedings in this action until Congress has restored appropriations to the Department.

    5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Federal Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

    Therefore, although defendants greatly regret any disruption caused to the Court and the other litigants, the Federal Government hereby respectfully requests a stay of proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: December 27, 2018

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        BILLY J. WILLIAMS
        United States Attorney

        JOHN R. TYLER
        Assistant Director

        s/ W. Scott Simpson
        _____
        W. SCOTT SIMPSON (Va. Bar #27487)

        Department of Justice, Civil Division
        318 South Sixth Street, Room 244
        Springfield, Illinois 62701
        Telephone: (202) 514-3495
        Facsimile: (217) 492-4888
        E-mail:    scott.simpson@usdoj.gov

        COUNSEL FOR DEFENDANTS

DONALD J. TRUMP, President of the United States; MATTHEW G. WHITAKER, Acting Attorney General of the United States; UNITED STATES OF AMERICA