W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:    (202) 514-3495
Facsimile:    (217) 492-4888
E-mail:       scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE STATE OF OREGON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br> Defendants. | Case No. 6:18-cv-01959-MC <br><br> **STIPULATION AND PROPOSED ORDER REGARDING SCHEDULE** |

WHEREAS, the plaintiffs served their original Complaint in this action on the United States Attorney's office on November 16, 2018, making defendants' response due on January 15, 2019;

WHEREAS, the plaintiffs filed a First Amended Complaint on November 21, 2018 (Dkt. No. 3);

WHEREAS, on December 27, 2018, the defendants filed an unopposed motion to stay proceedings in light of a lapse of federal appropriations, proposing to extend all then-current deadlines commensurate with the duration of the lapse in appropriations (Dkt. No. 9);

Page 1 – Stip. & Proposed Order Re: Schedule

WHEREAS, the Court granted defendants' motion to stay proceedings on January 2, 2019 (Dkt. No. 10);

WHEREAS, on January 25, 2019, Congress passed an enactment appropriating funds for the Department of Justice through February 15, 2019, and the President signed the enactment on the same day;

WHEREAS, the lapse of appropriations lasted for thirty-five days, such that defendants' response to plaintiffs' First Amended Complaint is currently due February 19, 2019;

WHEREAS, undersigned counsel for defendants is scheduled to be on travel for another case from February 12 through February 14, 2019;

NOW THEREFORE, the parties stipulate, and respectfully request that the Court order, that defendants' response to plaintiffs' First Amended Complaint be filed no later than February 26, 2019.

Respectfully submitted,

| | |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General | JOSEPH H. HUNT<br>Assistant Attorney General |
| s/ Marc Abrams<br>_____<br>MARC ABRAMS #890149<br>Assistant Attorney-in-Charge | BILLY J. WILLIAMS<br>United States Attorney<br><br>JOHN R. TYLER<br>Assistant Director |
| TIMOTHY SMITH #914374<br>Senior Assistant Attorney General | s/ W. Scott Simpson<br>_____ |
| PEENESH SHAH #112131<br>Assistant Attorney General | W. SCOTT SIMPSON (Va. Bar 27487)<br>Senior Trial Counsel |
| JUSTIN KIDD #094070<br>Assistant Attorney General | Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701 |
| Telephone:  (503) 947-4700<br>Facsimile:  (503) 947-4791<br>E-mail:   marc.abrams@doj.state.or.us<br>        tim.smith@doj.state.or.us | Telephone:  (202) 514-3495<br>Facsimile:  (217) 492-4888<br>E-mail:   scott.simpson@usdoj.gov |

|   |   |
|---|---|
| peenesh.h.shah@doj.state.or.us<br>justin.kidd@doj.state.or.us | COUNSEL FOR DEFENDANTS |
| ATTORNEYS FOR PLAINTIFFS STATE OF OREGON, KATE BROWN, AND ELLEN ROSENBLUM | DONALD J. TRUMP, President of the United States; MATTHEW G. WHITAKER, Acting Attorney General of the United States; UNITED STATES OF AMERICA |

TRACY P. REEVE #891123
Portland City Attorney

s/ Denis M. Vannier
_____

DENIS M. VANNIER #044406
Senior Deputy City Attorney

NAOMI SHEFFIELD #170601
Deputy City Attorney

Telephone:   (503) 823-4047
Facsimile:   (503) 823-3089
E-mail:
denis.vannier@portlandoregon.gov
naomi.sheffield@portlandoregon.gov

ATTORNEYS FOR PLAINTIFF CITY OF PORTLAND


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2019

                                            _____
                                            MICHAEL J. MCSHANE
                                            United States District Judge


Page 3 – Stip. & Proposed Order Re: Schedule