W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:    (202) 514-3495
Facsimile:    (217) 492-4888
E-mail:    scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

DONALD J. TRUMP, President of the
United States; WILLIAM P. BARR,
Attorney General of the United States;[1]
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE STATE OF OREGON, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>       Defendants. | Case No. 6:18-cv-01959-MC<br><br><br>**DEFENDANTS' *UNOPPOSED* MOTION FOR ONE-WEEK EXTENSION OF TIME** |

The defendants hereby respectfully request a one-week extension of their deadline to respond to plaintiffs' First Amended Complaint in this action.

1.  Pursuant to the parties' stipulation and the Court's Order of February 12, 2019, defendants' response to plaintiffs' First Amended Complaint is currently due February 26, 2019 (ECF Nos. 11, 12).

---

[1] William P. Barr is substituted for Matthew G. Whitaker as a defendant herein pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

2.  Defendants have been working diligently to develop their arguments and prepare a dispositive motion, but regretfully find that they need a short extension of time to complete these tasks.

3.  An extension of one week will not impact any other deadlines in this action.

Accordingly, defendants respectfully request an extension until March 5, 2019, to respond to plaintiffs' First Amended Complaint.  Undersigned counsel has consulted regarding this motion with counsel for the plaintiffs, who stated that plaintiffs consent to the relief requested herein.

Dated:  February 25, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

JOHN R. TYLER
Assistant Director

s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)

Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:  (202) 514-3495
Facsimile:   (217) 492-4888
E-mail:      scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

DONALD J. TRUMP, President of the
United States; WILLIAM P. BARR,
Attorney General of the United States;
UNITED STATES OF AMERICA