ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  marc.abrams@doj.state.or.us
    Additional attorneys listed on signature page

Attorneys for Plaintiffs State of Oregon, Kate Brown, and Ellen Rosenblum

TRACY P. REEVE  #891123
City Attorney
DENIS M. VANNIER  #044406
Senior Deputy City Attorney
Portland Office of the City Attorney
1221 SW Fourth Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Fax: (503) 823-3089
Email: Denis.Vannier@portlandoregon.gov

Attorneys for Plaintiff City of Portland

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE STATE OF OREGON, KATE BROWN, Governor; ELLEN ROSENBLUM, Attorney General; and THE CITY OF PORTLAND,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United State, in his official capacity; MATTHEW G. WHITAKER, Acting Attorney General of the United States, in his official capacity; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.  6:18-cv-01959-MC<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS** |

Page 1 -   **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**
    MA/crr/9488189-v2

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947 -4791

## MOTION

The plaintiffs hereby respectfully request a three-week extension of their deadline to respond to plaintiffs' First Amended Complaint in this action, currently set for March 19, 2019, to April 9, 2019.

Plaintiffs have been working not only on a response to the defendants' motion to dismiss, but intend to file a cross-motion for summary judgment. Developing the arguments fully for the Court will take slightly more time, and this period includes Spring Break, when much of plaintiffs' counsel will be on vacation.

An extension of three weeks will not impact any other deadlines in this action. Accordingly, plaintiffs respectfully request an extension until April 9, 2019, to respond to

Page 2 -   PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
           MOTION TO DISMISS
           MA/crr/9488189-v2

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947-4791

plaintiffs' motion to dismiss. Undersigned counsel has consulted regarding this motion with counsel for the plaintiffs, who stated that defendants consent to the relief requested herein.

DATED March 14 , 2019.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


        ____*s/ Marc Abrams*_____
        MARC ABRAMS #890149
        Assistant Attorney-in-Charge
        TIMOTHY SMITH  #914374
        Senior Assistant Attorney General
        PEENESH SHAH  #112131
        Assistant Attorney General
        JUSTIN KIDD  #094070
        Assistant Attorney General
        Trial Attorneys
        Tel (503) 947-4700
        Fax (503) 947-4791
        Marc.Abrams@doj.state.or.us
        Tim.Smith@doj.state.or.us
        Peenesh.H.Shah@doj.state.or.us
        Justin.Kidd@doj.state.or.us
         Of Attorneys for Plaintiffs State of Oregon,
         Kate Brown and Ellen Rosenblum


        TRACY P. REEVE  #891123
        Portland City Attorney

        ____*s/ Tracy P. Reeve*_____
        DENIS M. VANNIER  #044406
        Senior Deputy City Attorney
        NAOMI SHEFFIELD  #170601
        Deputy City Attorney
        Tel: (503) 823-4047
        Fax: (503) 823-3089
        Denis.Vannier@portlandoregon.gov
        Naomi.Sheffield@portlandoregon.gov
         Of Attorneys for Plaintiff City of Portland

Page 3 -   **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**
   MA/crr/9488189-v2

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947 -4791