DANIEL D. MAULER
Trial Attorney
U.S. Department of Justice
Civil Division – Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone:  (202) 616-0773
Facsimile:   (202) 616-8470
E-mail: dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS

DONALD J. TRUMP, President of the
United States; WILLIAM P. BARR, Attorney
General of the United States; UNITED
STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **THE STATE OF OREGON**, *et al.,*  *Plaintiffs*,  v.  **DONALD J. TRUMP**, President of the United States,, *et al.,*  *Defendants.* | Civil Action No. 6:18-cv-01959-MC  **NOTICE OF SUBSTITUTION OF COUNSEL** |

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Civil Rule 83-11(d), Daniel D. Mauler, Trial Attorney, U.S. Department of Justice, hereby enters his appearance in place of W. Scott Simpson, on behalf of Defendants, Donald J. Trump, in his official capacity as President of the United States; William P. Barr, in his official capacity as Attorney General of the United States; and the United States of America (collectively, the "Defendants").  Mr. Mauler will handle this matter going forward, as Mr. Simpson has departed from employment with the Department of Justice.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

JOHN TYLER
Assistant Director

*/s/ Daniel D. Mauler*
DANIEL D. MAULER
Virginia State Bar No. 73190
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 514-8095
Fax: (202) 616-8470
E-mail: dan.mauler@usdoj.gov
*Counsel for Defendants*