

**UNITED STATES DEPARTMENT OF JUSTICE**
Civil Division | Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

DANIEL D. MAULER
dan.mauler@usdoj.gov
(202) 616-0773

July 18, 2019

Via ECF

The Hon. Michael J. McShane
United States District Court
Wayne L. Morse United States Courthouse
Room 5700
405 East Eighth Avenue
Eugene, OR 97401-2706

    Re:    Additional Ninth Circuit Authority,
            *State of Oregon, et al. v. Donald J. Trump, et al.*, 6:18-cv-01959-MC (D. Or.)

Dear Judge McShane:

    I write to advise the Court of recent authority from the U.S. Court of Appeals for the Ninth Circuit that is relevant to the above-referenced case. On July 12, 2019, the Ninth Circuit issued the attached opinion in *City of Los Angeles v. Barr*, Case No. 18-55599, which involves conditions in a federal grant program that are similar to the Access and Notice conditions at issue in the pending litigation. *See, e.g.*, Slip Opinion, at 25.

    Further, the *Los Angeles* opinion addresses a challenge to these two conditions brought under the Spending Clause (*see, e.g.*, *id.* at 19-20, 23-27, 31-32) that is similar to the Spending Clause challenge brought by the current plaintiffs. *See, e.g.*, Plaintiffs' Combined Motion for Summary Judgment and Response to Defendants' Motion to Dismiss (ECF No. 21), at 38-39.

    Briefing in the pending case closed on May 28, 2019, and as such, the parties did not have the benefit of the *Los Angeles* opinion when composing their briefs. The Defendants respectfully advise that they intend to rely upon this new authority at oral argument, currently scheduled for July 26, 2019.

Sincerely,

Daniel D. Mauler
*Counsel for Defendants*

cc:    Counsel of Record