ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  marc.abrams@doj.state.or.us
    Additional attorneys listed on signature page

Attorneys for Plaintiffs State of Oregon, Kate Brown, and Ellen Rosenblum

TRACY P. REEVE  #891123
City Attorney
DENIS M. VANNIER  #044406
Senior Deputy City Attorney
Portland Office of the City Attorney
1221 SW Fourth Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Fax: (503) 823-3089
Email: Denis.Vannier@portlandoregon.gov

Attorneys for Plaintiff City of Portland

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE STATE OF OREGON, KATE BROWN, Governor; ELLEN ROSENBLUM, Attorney General; and THE CITY OF PORTLAND,<br><br>    Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, President of the United State, in his official capacity; WILLIAM P. BARR, Attorney General of the United States, in his official capacity; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.  6:18-cv-01959-MC<br><br>**PLAINTIFFS' BILL OF COSTS AND DISBURSEMENTS** |

Page 1 -   **PLAINTIFFS' BILL OF COSTS AND DISBURSEMENTS**
    MA/crr/9811011-v2

Plaintiffs, pursuant to LR 54-1, submits this Bill of Costs.

| | |
|---|---|
| Docket Fees (28 U.S.C. § 1923) ........................................................... | $20.00 |
| U.S.D.C. Filing Fee…………………………………………….... (28 U.S.C. § 1919 and 28 U.S.C. § 1921) | $400.00 |
| **TOTAL**............................................................................................. | **$420.00** |

DATED September  6 , 2019.

                Respectfully submitted,

                ELLEN F. ROSENBLUM
                Attorney General


                   *s/ Marc Abrams*
                MARC ABRAMS #890149
                Assistant Attorney-in-Charge
                TIMOTHY SMITH  #914374
                Senior Assistant Attorney General
                PEENESH SHAH  #112131
                Assistant Attorney General
                JUSTIN KIDD  #094070
                Assistant Attorney General
                Trial Attorneys
                Tel (503) 947-4700
                Fax (503) 947-4791
                Marc.Abrams@doj.state.or.us
                Tim.Smith@doj.state.or.us
                Peenesh.H.Shah@doj.state.or.us
                Justin.Kidd@doj.state.or.us
                    Of Attorneys for Plaintiffs State of Oregon,
                    Kate Brown and Ellen Rosenblum


                TRACY P. REEVE  #891123
                Portland City Attorney

                   *s/ Tracy P. Reeve*
                DENIS M. VANNIER  #044406
                Senior Deputy City Attorney
                NAOMI SHEFFIELD  #170601
                Deputy City Attorney
                Tel: (503) 823-4047
                Fax: (503) 823-3089
                Denis.Vannier@portlandoregon.gov
                Naomi.Sheffield@portlandoregon.gov
                    Of Attorneys for Plaintiff City of Portland

Page 2 -   **PLAINTIFFS' BILL OF COSTS AND DISBURSEMENTS**
        MA/crr/9811011-v2

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947 -4791