ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  marc.abrams@doj.state.or.us
    Additional attorneys listed on signature page

Attorneys for Plaintiffs State of Oregon, Kate Brown, and Ellen Rosenblum

TRACY P. REEVE  #891123
City Attorney
DENIS M. VANNIER  #044406
Senior Deputy City Attorney
Portland Office of the City Attorney
1221 SW Fourth Avenue, Suite 430
Portland, OR 97204
Telephone: (503) 823-4047
Fax: (503) 823-3089
Email: Denis.Vannier@portlandoregon.gov

Attorneys for Plaintiff City of Portland

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE STATE OF OREGON, KATE BROWN, Governor; ELLEN ROSENBLUM, Attorney General; and THE CITY OF PORTLAND,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United State, in his official capacity; WILLIAM P. BARR, Attorney General of the United States, in his official capacity; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.  6:18-cv-01959-MC<br><br>**DECLARATION OF MARC ABRAMS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF COSTS** |

Page 1 -    **DECLARATION OF MARC ABRAMS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF COSTS**
    MA/crr/9811018-v2

I, Marc Abrams, declare:

1. I am one of the attorneys for Plaintiffs. The following is a correct and true statement of the costs and disbursements incurred in this case by the Plaintiffs.

2. Plaintiffs are entitled to recovery of docket fees pursuant to 28 U.S.C. § 1923; plaintiffs incurred a $20.00 docket fee.

3. Plaintiffs are entitled to recovery of filing fees pursuant to 28 U.S.C. § 1919 and 28 U.S.C. § 1921; plaintiffs incurred a $400.00 filing fee.

4. I certify that these fees are correct and were necessarily incurred in connection with this case.

DATED September 6, 2019.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Marc Abrams*
MARC ABRAMS #890149
Assistant Attorney-in-Charge
TIMOTHY SMITH #914374
Senior Assistant Attorney General
PEENESH SHAH #112131
Assistant Attorney General
JUSTIN KIDD #094070
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Marc.Abrams@doj.state.or.us
Tim.Smith@doj.state.or.us
Peenesh.H.Shah@doj.state.or.us
Justin.Kidd@doj.state.or.us
Of Attorneys for Plaintiffs State of Oregon, Kate Brown and Ellen Rosenblum

TRACY P. REEVE #891123
Portland City Attorney

*s/ Tracy P. Reeve*

Page 2 - DECLARATION OF MARC ABRAMS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF COSTS
MA/crr/9811018-v2

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947-4791

DENIS M. VANNIER  #044406
Senior Deputy City Attorney
NAOMI SHEFFIELD  #170601
Deputy City Attorney
Tel: (503) 823-4047
Fax: (503) 823-3089
Denis.Vannier@portlandoregon.gov
Naomi.Sheffield@portlandoregon.gov
   Of Attorneys for Plaintiff City of Portland

Page 3 -   **DECLARATION OF MARC ABRAMS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF COSTS**
MA/crr/9811018-v2

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700 / Fax: (503) 947 -4791