DANIEL D. MAULER
Trial Attorney
U.S. Department of Justice
Civil Division – Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone:  (202) 616-0773
Facsimile:   (202) 616-8470
E-mail: dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS

DONALD J. TRUMP, President of the
United States; WILLIAM P. BARR, Attorney
General of the United States; UNITED
STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| **THE STATE OF OREGON**, *et al.*,  *Plaintiffs*,  v.  **DONALD J. TRUMP**, President of the United States, *et al.*,  *Defendants*. | Civil Action No. 6:18-cv-01959-MC  **NOTICE OF APPEAL** |
|---|---|

### NOTICE OF APPEAL

Notice is hereby given that Defendants, Donald J. Trump, in his official capacity as President of the United States, William P. Barr, in his official capacity as Attorney General of the United States, and the United States of America (collectively, the "Defendants"), appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Opinion and Order entered on August 7, 2019 (Docket No. 36) and Judgment and Order Denying Defendants' Motion to

Dismiss; Granting Plaintiffs' Motion for Summary Judgment in Part, and Issuing Injunctions and Mandamus, entered on August 29, 2019 (Docket No. 38).

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

<u>/s/ Daniel D. Mauler</u>
DANIEL D. MAULER
Virginia State Bar No. 73190
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20001
Tel: (202) 514-8095
Fax: (202) 616-8470
E-mail: dan.mauler@usdoj.gov
*Counsel for Defendants*