IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE STATE OF OREGON, KATE BROWN,
Governor; ELLEN ROSENBLUM, Attorney
General; and THE CITY OF PORTLAND

        Plaintiffs,

v.

DONALD J. TRUMP, President of the United
States, in his official capacity; WILLIAM P.
BARR, Attorney General of the United States,
in his official capacity; and the UNITED STATES
OF AMERICA

        Defendants.

_____

Case No. 6:18-cv-01959-MC

ORDER

MCSHANE, Judge:

      Plaintiffs move for costs of $420.00. *See* ECF No. 39. Costs are generally allowed to the prevailing party. Fed. R. Civ. P. 54(d)(1). Plaintiffs seek recovery of $20.00 in costs for docket fees and $400.00 for a filing fee. Defendant does not object to any of the requested costs and the time to do so has passed.

1 – ORDER

All the requested costs are recoverable by the prevailing party. *See* 28 U.S.C. § 1919; 1921; 1923. Plaintiffs' motion for costs in the amount of $420.00 is GRANTED.

IT IS SO ORDERED.

DATED this 24th day of October, 2019.

        /s/ Michael McShane
        Michael J. McShane
        United States District Judge

2 – ORDER