FILED

NOV 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF LOS ANGELES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, in his official capacity as Attorney General of the United States; et al., <br><br> Defendants-Appellants. | No. 19-55314 <br><br> D.C. No. 2:18-cv-07347-R-JC <br> Central District of California, Los Angeles <br><br> AMENDED ORDER |
| CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Defendants-Appellants. | No. 19-15947 <br><br> D.C. No. 3:18-cv-05146-WHO <br> Northern District of California, San Francisco |

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>        Defendants-Appellants. | No. 19-15950<br><br>D.C. No. 3:18-cv-05169-WHO Northern District of California, San Francisco |
| STATE OF OREGON; et al.,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; et al.,<br><br>        Defendants-Appellants. | No. 19-35843<br><br>D.C. No. 6:18-cv-01959-MC District of Oregon, Eugene<br><br>ORDER |

These appeals remained stayed pending further order of this court. Counsel should contact the undersigned by email (stephen_liacouras@ca9.uscourts.gov) within 10 days after this court's decision in *City & County of San Francisco v. Barr*, Appeal Nos. 18-17308, 18-17311.

                            FOR THE COURT

                            By: Stephen Liacouras
                            Chief Circuit Mediator

sl/mediation