JOSEPH J. DEMOTT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3367 / Fax: (202) 616-8470
Joseph.DeMott@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **THE STATE OF OREGON**, *et al.*, *Plaintiffs*, v. **JOSEPH R. BIDEN**, President of the United States,, *et al.*, *Defendants*. | Civil Action No. 6:18-cv-01959-MC **NOTICE OF SUBSTITUTION OF COUNSEL** |

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Civil Rule 83-11(d), Joseph J. DeMott, Trial Attorney, U.S. Department of Justice, hereby enters his appearance in place of Daniel D. Mauler, on behalf of Defendants Joseph R. Biden, in his official capacity as President of the United States; Merrick B. Garland, in his official capacity as Attorney General of the United States; and the United States of America.[1]  Mr. DeMott will handle this matter going forward, as Mr. Mauler has departed from employment with the Department of Justice.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), President Biden and Attorney General Garland have been automatically substituted as the named Defendants in this action.

Dated: April 16, 2021

        Respectfully submitted,

        BRIAN BOYNTON
        Acting Assistant Attorney General
        Civil Division

        BRIGHAM J. BOWEN
        Assistant Director
        Federal Programs Branch

        */s/ Joseph DeMott*
        JOSEPH J. DEMOTT
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20005
        Tel: (202) 514-3367 / Fax: (202) 616-8470
        Joseph.DeMott@usdoj.gov

        *Counsel for Defendants*